Order issued November 7, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01172-CV

IZZY ASHKENAZY, ET AL., Appellants

V.

WELLS FARGO, N.A., Appellee

## ORDER

Before the Court is appellants' October 23, 2012 motion to consolidate appeals. Because the appeals involve different parties and judgments from different trial courts, we **DENY** appellants' motion to consolidate. This appeal will be placed on the same docket as the appeal in appellate cause number 05-12-01174-CV at the time of submission.

We **GRANT** appellants' unopposed motion for an extension of time to file a brief. Appellants shall file their brief on or before December 18, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE